O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9139 AHM (RZx) | Date | January 15, 2010 |
|---|---|---|---|
| Title | CASHREADY LLC, *et al.* v. AEQUITAS CAPITAL MANAGEMENT, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On December 11, 2009, Plaintiffs filed this action based on diversity jurisdiction under 28 U.S.C. § 1332. (Compl. ¶ 1.) However, diversity jurisdiction is not evident from the face of the Complaint.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different State." 28 U.S.C. § 1332(a). A "corporation [is] deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . ." *Id.* at 1332(c)(1).

In this case, Plaintiffs properly allege that they are California and Delaware corporations, each with their principal place of business in either California or New York. (Compl. ¶¶ 3-8.) Plaintiffs also properly allege that Defendants Aequitas Capital Management, Inc., Aequitas Hybrid Fund, LLC, Aequitas Commercial Finance, LLC, and CR Funding I, LLC are Oregon corporations with their principal place of business in Oregon. However, Plaintiffs fail to allege the citizenship of Defendants Robert Jesenik, Brian Oliver, Tom Sidley, Anthony Buda, and Tom Szabo. (*Id.* ¶¶ 13-17). Thus, Plaintiff's allegations do not conclusively establish diversity jurisdiction.

Accordingly, and good cause appearing therefor, the Court hereby ORDERS Plaintiffs TO SHOW CAUSE on or before January 25, 2010, why this action should not

Case 2:09-cv-09139-AHM-RZ   Document 24   Filed 01/15/10   Page 2 of 2   Page ID #:326

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9139 AHM (RZx) | Date | January 15, 2010 |
|---|---|---|---|
| Title | CASHREADY LLC, *et al*. v. AEQUITAS CAPITAL MANAGEMENT, INC., *et al*. | | |

be dismissed for lack of diversity jurisdiction.

Failure to respond on or before that date will be construed as consent to dismissal.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

CV-90 (06/04)        **CIVIL MINUTES - GENERAL**        Page 2 of 2